No. 80–1952. BLUM, COMMISSIONER OF THE NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES, ET AL. *v.* YARETSKY ET AL. C. A. 2d Cir. Motion of respondents Foley et al. for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Questions 1 and 2 presented by the petition. ▮

No. 80–2178. TOLL, PRESIDENT, UNIVERSITY OF MARY-LAND, ET AL. *v.* MORENO ET AL. C. A. 4th Cir. Motion of American Council on Education et al. for leave to file a brief as *amici curiae* granted. Certiorari granted. ▮

No. 80–6680. MCELROY *v.* UNITED STATES. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question I presented by the petition. ▮

No. 80–6835. STREET *v.* NATIONAL BROADCASTING CO. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. ▮

No. 80–1655. WARING *v.* KALGRAD NAVIGATION CO., INC. C. A. 3d Cir. Certiorari denied. ▮

No. 80–1759. YELLOW FREIGHT SYSTEM, INC., ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 80–1763. SALCINES, STATE ATTORNEY FOR HILLS-BOROUGH COUNTY, FLORIDA *v.* BRIGGS ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. ▮